**Carpet Audit 2002-2008**
**PM Carpet and Housing vs Price List Summary Sheet**

| Year | Work Authorization Amount | URMC Price List Amount | Carpet Dispute Amount | Annual Dispute Amount |
|---|---|---|---|---|
| **2002** | | | | $ 52,114.62 |
| PM Carpet | $ - | $ 52,114.62 | $ 52,114.62 | |
| Housing vs Price List | $ - | $ - | $ - | |
| **2003** | | | | $ 33,680.63 |
| PM Carpet | $ - | $ 15,751.41 | $ 15,751.41 | |
| Housing vs Price List | $ 48,543.40 | $ 66,382.62 | $ 17,929.22 | |
| **2004** | | | | $ 195,835.33 |
| PM Carpet | $ - | $ 73,747.03 | $ 73,747.03 | |
| Housing vs Price List | $ 406,986.40 | $ 529,074.70 | $ 122,088.30 | |
| **2005** | | | | $ 154,389.02 |
| PM Carpet | $ - | $ 26,994.23 | $ 26,994.23 | |
| Housing vs Price List | $412,324.97 | $ 539,719.76 | $ 127,394.79 | $ 150,828.02 |
| **2006 (Through August)** | | | | $ 99,193.44 |
| PM Carpet | $ - | $ 7,958.13 | $ 7,958.13 | |
| Housing vs Price List | $ 260,495.03 | $ 351,730.34 | $ 91,235.31 | |
| | $ 398,003.92 | $ 541,420.65 | $ 142,869.89 | |
| **2007** | | | | |
| PM Carpet | $ 0 | $ 0 | $ 0 | $ 0 |
| Housing vs Price List | $ 469,104.68 | $ 653,337.66 | $ 184,232.98 | $ 184,232.98 |
| | | | | |
| **2008** | | | | |
| PM Carpet | $ 0 | $ 0 | $ 0 | $ 0 |
| Housing vs Price List | $ 602,341.00 | $ 838,333.50 | $ 235,992.50 | $ 235,992.50 |
| | | | | |
| | | | | |
| **Totals** | $ 2,199,795.48 | $ 3,155,144.00 | 955,438.52 | $ 1,007,073.10 |

NJ01/RAOV/135727.1