Carpet Audit 2002-2006
PM Carpet and Housing vs Price List Summary Sheet

| 2002 | Work Authorization Amount | URMC Price List Amount | Carpet Dispute Amount |
|---|---|---|---|
| **PM Carpet** | | | |
| January | $ - | $ - | $ - |
| February | $ - | $ 12,083.80 | $ 12,083.80 |
| March | $ - | $ 4,014.94 | $ 4,014.94 |
| April | $ - | $ 4,460.88 | $ 4,460.88 |
| May | $ - | $ 7,990.86 | $ 7,990.86 |
| June | $ - | $ 9,677.25 | $ 9,677.25 |
| July | $ - | $ 7,219.60 | $ 7,219.60 |
| August | $ - | $ 3,054.04 | $ 3,054.04 |
| September | $ - | $ 3,613.25 | $ 3,613.25 |
| October | $ - | $ - | $ - |
| November | $ - | $ - | $ - |
| December | $ - | $ - | $ - |
| **PM Carpet Total** | $ - | $ 52,114.62 | $ 52,114.62 |

| 2002 | Work Authorization Amount | URMC Price List Amount | Carpet Dispute Amount |
|---|---|---|---|
| **Housing vs Price List** | | | |
| **Housing vs Price List Total** | $ - | $ - | $ - |

## PM Carpet Issue 2002

| Army Billing Date | Invoice Number | Work Auth # | Unit Number | | Work Authorization Amount | URMC Price List Amount | Carpet Dispute Amount | Unit Size | Rooms | SF Per Room |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/02 | 1-02-9124 T-POR | 34-02-02 | 203 | D | $ - | $ 895.41 | $ 895.41 | 2G | Bed #1 | 189.00 |
| | | | | | | | | | Bed #2 | 162.00 |
| | | | | | | | | | | 351.00 |
| 02/26/02 | 1-02-9125 | 56-4-02 | 425 | C | $ - | $ 1,875.32 | $ 1,875.32 | 3T | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 198.00 |
| | | | | | | | | | Bed #3 | 171.00 |
| | | | | | | | | | | 666.00 |
| 02/26/02 | 1-02-9125 T-POR | 39-02-02 | 218 | D | $ - | $ 3,093.04 | $ 3,093.04 | 3T | LR | 315.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 144.00 |
| | | | | | | | | | Bed #3 | 198.00 |
| | | | | | | | | | | 1125.00 |
| 02/26/02 | 1-02-9125 T-POR | 59-4-02 | 425 | D | $ - | $ 3,093.04 | $ 3,093.04 | 3T | LR | 315.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 144.00 |
| | | | | | | | | | Bed #3 | 198.00 |
| | | | | | | | | | | 1125.00 |
| 02/26/02 | 2-02-9125 | 18-05-02 | 503 | C | $ - | $ 3,126.99 | $ 3,126.99 | 3G | LR/DR | 432.00 |
| | | | | | | | | | Hall | 171.00 |
| | | | | | | | | | Bed #1 | 225.00 |
| | | | | | | | | | Bed #2 | 180.00 |
| | | | | | | | | | Bed #3 | 171.00 |
| | | | | | | | | | | 1179.00 |
| February Totals: | | | | | $ - | $ 12,083.80 | $ 12,083.80 | | | |
| 03/13/02 | 1-02-9126 T-POR | 53-3-02 | 323 | A | $ - | $ 2,925.71 | $ 2,925.71 | 2T | LR/DR | 315.00 |
| | | | | | | | | | Down Hall | 81.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 189.00 |
| | | | | | | | | | Bed #2 | 171.00 |
| | | | | | | | | | | 1053.00 |
| 03/13/02 | 1-02-9126 T-POR | 60-4-02 | 450 | B | $ - | $ 1,089.23 | $ 1,089.23 | 2G | LR/DR | 414.00 |
| March Totals: | | | | | | $ 4,014.94 | $ 4,014.94 | | | |
| 04/08/02 | 1-02-9127 | 63-4-02 | 422 | D | $ - | $ 1,817.15 | $ 1,817.15 | 2T | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 189.00 |
| | | | | | | | | | | 657.00 |
| 04/08/02 | 2-02-9127 | 25-5-02 | 511 | A | $ - | $ 941.19 | $ 941.19 | 2T | LR | 315.00 |
| | | | | | | | | | Bed #1 | 189.00 |
| | | | | | | | | | Bed #2 | 171.00 |
| | | | | | | | | | | 675.00 |
| 04/25/02 | 1-02-9128POR | 60-3-02 | 313 | C | $ - | $ 839.62 | $ 839.62 | 3T | LR | 315.00 |
| 04/25/02 | 1-02-9128POR | 64-3-02 | 316 | A | $ - | $ 862.92 | $ 862.92 | 4T | LR | 324.00 |
| April Totals: | | | | | | $ 4,460.88 | $ 4,460.88 | | | |
| 05/10/02 | 1-02-9130 | 66-4-02 | 456 | A | $ - | $ 516.77 | $ 516.77 | 3T | Bed #1 | 315.00 |
| 05/20/02 | 2-02-9132 | 71-3-02 | 321 | D | $ - | $ 3,909.04 | $ 3,909.04 | 4T | LR/DR | 324.00 |
| | | | | | | | | | Hall | 126.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 180.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 180.00 |
| | | | | | | | | | Bed #3 | 144.00 |
| | | | | | | | | | Bed #4 | 180.00 |
| | | | | | | | | | | 1431.00 |
| 05/31/02 | 2-02-9133 | 78-3-02 | 337 | A | $ - | $ 1,311.74 | $ 1,311.74 | 4G | LR | 495.00 |
| 05/31/02 | 1-02-9133 | 103-6-02 | 658 | A | $ - | $ 2,253.31 | $ 2,253.31 | 3T | UpHall | 171.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | Bed #1 | 198.00 |
| | | | | | | | | | Bed #2 | 144.00 |
| | | | | | | | | | Bed #3 | 171.00 |
| | | | | | | | | | | 810.00 |
| May Totals: | | | | | | $ 7,990.86 | $ 7,990.86 | | | |