## Carpet Audit 2003 Housing vs Price List

| Army Billing Date | Invoice Number | Work Auth # | Unit Number | | Work Authorization Amount | URMC Price List Amount | Carpet Dispute Amount | Unit Size | Rooms | SF Per Room |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/2003 | 2-02-9160POR | 1-1-04 | 124 | D | $ 1,994.30 | $ 2,608.48 | $ 614.18 | 4G | LR/DR | 495.00 |
| | | | | | | | | | Hall | 180.00 |
| | | | | | | | | | Bed #1 | 153.00 |
| | | | | | | | | | Bed #3 | 189.00 |
| | | | | | | | | | | 1017.00 |
| 11/17/2003 | 2-02-9160 | 3-1-04 | 105 | B | $ 2,524.07 | $ 3,143.50 | $ 619.43 | 4T | LR/DR | 324.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 180.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 180.00 |
| | | | | | | | | | Bed #3 | 144.00 |
| | | | | | | | | | Bed #4 | 180.00 |
| | | | | | | | | | | 1305.00 |
| 11/17/2003 | 1-02-9160 | 2-4-04 | 419 | D | $ 2,150.96 | $ 2,918.56 | $ 767.60 | 3T | LR/DR | 315.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 144.00 |
| | | | | | | | | | Bed #3 | 198.00 |
| | | | | | | | | | | 1125.00 |
| 11/17/2003 | 1-02-9160 | 2-7-04 | 702 | D | $ 2,011.15 | $ 2,521.44 | $ 510.29 | 2T | LR/DR | 315.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 189.00 |
| | | | | | | | | | | 972.00 |
| | | | | | | | | | | |
| 11/17/2003 | 2-02-9160 | 2-5-04 | 504 | B | $ 1,819.09 | $ 2,467.26 | $ 648.17 | 2T | LR/DR | 315.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 189.00 |
| | | | | | | | | | | 972.00 |
| 11/17/2003 | 2-02-9160 | 1-7-04 | 704 | A | $ 1,819.09 | $ 2,521.44 | $ 702.35 | 2T | LR/DR | 315.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 189.00 |
| | | | | | | | | | Bed #2 | 171.00 |
| | | | | | | | | | | 972.00 |
| 11/17/2003 | 1-02-9160 | 136-4-03 | 437 | D | $ 754.74 | $ 1,026.32 | $ 271.58 | 4T | UpHall | 180.00 |
| | | | | | | | | | Bed #2 | 180.00 |
| | | | | | | | | | | 360.00 |
| 11/17/2003 | 1-02-9160 | 1-6-04 | 608 | A | $ 1,282.64 | $ 2,902.24 | $ 1,619.60 | 4G | LR/DR | 495.00 |
| | | | | | | | | | Bed #1 | 162.00 |
| | | | | | | | | | Bed #2 | 189.00 |
| | | | | | | | | | Bed #3 | 171.00 |
| | | | | | | | | | Bed #4 | 153.00 |
| | | | | | | | | | | 1170.00 |
| 11/17/2003 | 1-02-9160 | 7-6-04 | 611 | C | $ 813.87 | $ 1,079.84 | $ 265.97 | 2G | LR/DR | 414.00 |
| 11/17/2003 | 1-02-9160 | 184-6-03 | 627 | C | $ 2,009.88 | $ 2,326.09 | $ 316.21 | 2G | LR/DR | 414.00 |
| | | | | | | | | | Hall | 135.00 |
| | | | | | | | | | | 549.00 |
| 11/17/2003 | 1-02-9160 | 3-6-04 | 645 | A | $ 649.01 | $ 843.20 | $ 194.19 | 2T | LR/DR | 315.00 |
| 11/17/2003 | 1-02-9160 | 5-6-04 | 645 | D | $ 1,819.09 | $ 2,521.44 | $ 702.35 | 2T | LR/DR | 315.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 189.00 |
| | | | | | | | | | | 972.00 |
| 11/17/2003 | 1-02-9160 | 8-6-04 | 664 | A | $ 2,397.34 | $ 2,980.86 | $ 583.52 | 3T | LR/DR | 315.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 198.00 |
| | | | | | | | | | Bed #2 | 144.00 |
| | | | | | | | | | Bed #3 | 171.00 |
| | | | | | | | | | | 1125.00 |
| November Total: | | | | | $ 22,045.23 | $ 29,860.67 | $ 7,815.44 | | | |
| 12/15/2003 | 2-02-9161 | 8-1-04 | 114 | A | $ 317.14 | $ 398.67 | $ 81.53 | 4T | Bed #4 | 171.00 |
| 12/15/2003 | 2-02-9161 | 3-5-04 | 510 | A | $ 2,301.86 | $ 3,013.00 | $ 711.14 | 4T | LR/DR | 324.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 180.00 |
| | | | | | | | | | Bed #1 | 180.00 |
| | | | | | | | | | Bed #2 | 144.00 |
| | | | | | | | | | Bed #3 | 180.00 |
| | | | | | | | | | | 1134.00 |

## Carpet Audit 2003 Housing vs Price List

| Army Billing Date | Invoice Number | Work Auth # | Unit Number | | Work Authorization Amount | URMC Price List Amount | Carpet Dispute Amount | Unit Size | Rooms | SF Per Room |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/2003 | 2-02-9161 | 6-7-04 | 706 | D | $ 649.01 | $ 829.25 | $ 180.24 | 2T | LR/DR | 315.00 |
| 12/15/2003 | 2-02-9161 | 7-7-04 | 716 | C | $ 649.01 | $ 829.25 | $ 180.24 | 2T | LR/DR | 315.00 |
| 12/15/2003 | 1-02-9161 | 4-2-04 | 210 | D | $ 2,638.30 | $ 3,318.41 | $ 680.11 | 3G | LR/DR | 432.00 |
| | | | | | | | | | Entry Hall | 68.00 |
| | | | | | | | | | Family Room | 144.00 |
| | | | | | | | | | Hall | 171.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 180.00 |
| | | | | | | | | | Bed #3 | 225.00 |
| | | | | | | | | | | 1391.00 |
| 12/15/2003 | 1-02-9161 | 10-4-04 | 406 | D | $ 2,638.30 | $ 3,318.41 | $ 680.11 | 3G | LR/DR | 432.00 |
| | | | | | | | | | Entry Hall | 68.00 |
| | | | | | | | | | Family Room | 144.00 |
| | | | | | | | | | Hall | 171.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 180.00 |
| | | | | | | | | | Bed #3 | 225.00 |
| | | | | | | | | | | 1391.00 |
| 12/15/2003 | 1-02-9161 | 24-4-04 | 413 | A | $ 1,433.39 | $ 2,217.94 | $ 784.55 | 2T | LR Only | 192.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 189.00 |
| | | | | | | | | | | 678.00 |
| 12/15/2003 | 1-02-9161 | 21-4-03 | 413 | D | $ 1,820.08 | $ 2,567.26 | $ 747.18 | 2T | LR/DR | 315.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 189.00 |
| | | | | | | | | | | 972.00 |
| 12/15/2003 | 1-02-9161 | 22-4-04 | 408 | D | $ 643.16 | $ 821.51 | $ 178.35 | 3T | LR/DR | 315.00 |
| 12/15/2003 | 1-02-9161 | 19-4-04 | 422 | A | $ 1,019.08 | $ 1,283.85 | $ 264.77 | 2T | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 189.00 |
| | | | | | | | | | Bed #2 | 171.00 |
| | | | | | | | | | | 531.00 |
| 12/15/2003 | 1-02-9161 | 9-4-04 | 426 | B | $ 1,696.52 | $ 2,146.78 | $ 450.26 | 2G | LR/DR | 414.00 |
| | | | | | | | | | Hall | 135.00 |
| | | | | | | | | | Bed #1 | 189.00 |
| | | | | | | | | | Bed #2 | 162.00 |
| | | | | | | | | | | 900.00 |
| 12/15/2003 | 1-02-9161 | 14-4-04 | 430 | D | $ 1,566.43 | $ 1,786.22 | $ 219.79 | 2G | LR/DR | 414.00 |
| | | | | | | | | | Hall | 135.00 |
| | | | | | | | | | Bed #1 | 189.00 |
| | | | | | | | | | | 738.00 |
| 12/15/2003 | 1-02-9161 | 15-4-04 | 443 | C | $ 649.01 | $ 829.25 | $ 180.24 | 2T | LR/DR | 315.00 |
| 12/15/2003 | 1-02-9161 | 17-6-04 | 613 | D | $ 1,031.72 | $ 1,309.55 | $ 277.83 | 2G | LR/DR | 414.00 |
| | | | | | | | | | Hall | 135.00 |
| | | | | | | | | | | 549.00 |
| 12/15/2003 | 1-02-9161 | 21-6-04 | 619 | D | $ 1,819.09 | $ 2,567.26 | $ 748.17 | 2T | LR/DR | 315.00 |
| | | | | | | | | | Stairs | 126.00 |
| | | | | | | | | | UpHall | 171.00 |
| | | | | | | | | | Bed #1 | 171.00 |
| | | | | | | | | | Bed #2 | 189.00 |
| | | | | | | | | | | 972.00 |
| 12/15/2003 | 1-02-9161 | 9-6-04 | 623 | C | $ 3,057.85 | $ 3,856.60 | $ 798.75 | 4G | LR/DR | 495.00 |
| | | | | | | | | | Entry Hall | 68.00 |
| | | | | | | | | | Family Room | 144.00 |
| | | | | | | | | | Hall | 180.00 |
| | | | | | | | | | Bed #1 | 162.00 |
| | | | | | | | | | Bed #2 | 189.00 |
| | | | | | | | | | Bed #3 | 171.00 |
| | | | | | | | | | Bed #4 | 183.00 |
| | | | | | | | | | | 1592.00 |
| 12/15/2003 | 1-02-9161 | 11-6-04 | 655 | A | $ 598.01 | $ 3,058.26 | $ 2,460.25 | 3G | Bed #1 | 225.00 |
| 12/15/2003 | 1-02-9161POR | 5-1-04 | 121 | C | $ 1,880.21 | $ 2,370.48 | $ 490.27 | 3G | LR/DR | 432.00 |
| | | | | | | | | | Hall | 171.00 |
| | | | | | | | | | Bed #1 | 225.00 |
| | | | | | | | | | Bed #3 | 171.00 |
| | | | | | | | | | | 999.00 |
| December Total: | | | | | $ 26,408.17 | $ 36,521.95 | $ 10,113.78 | | | |
| | | | | | | | | | | |
| 2003 Total: | | | | | $ 48,453.40 | $ 66,382.62 | $ 17,929.22 | | | |

## PM Carpet Issue 2003

| Army Billing Date | Invoice Number | Work Auth # | Unit Number | | Work Authorization Amount | URMC Price List Amount | Carpet Dispute Amount | Unit Size | Rooms | SF Per Room |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/14/2003 | 1-02-9151 | 21-02-03 | 227 | D | $ - | $ 41.68 | $ 41.68 | 2G | Metals | |
| March Total: | | | | | | $ 41.68 | $ 41.68 | | | |
| 6/2/2003 | 1-02-9153POR | 33-3-03 | 325 | C | $ - | $ 890.32 | $ 890.32 | 3T | LR | 315.00 |
| 6/16/2003 | 1-02-9154POR | 40-03-03 | 308 | A | $ - | $ 2,157.84 | $ 2,157.84 | 4G | LR/DR | 495.00 |
| | | | | | | | | | Bed #3 | 171.00 |
| | | | | | | | | | Hall | 180.00 |
| | | | | | | | | | | 846.00 |
| June Total: | | | | | | $ 3,048.16 | $ 3,048.16 | | | |
| 7/15/2003 | 2-02-9155 | 65-3-03 | 315 | C | $ - | $ 342.72 | $ 342.72 | 2T | Stairs | 126.00 |
| July Total: | | | | | | $ 342.72 | $ 342.72 | | | |
| 8/18/2003 | 2-02-9156 | 71-3-03 | 307 | A | $ - | $ 2,526.88 | $ 2,526.88 | 4T | Stairs | 126.00 |
| | | | | | | | $ - | | UpHall | 180.00 |
| | | | | | | | | | Bed #1 | 180.00 |
| | | | | | | | | | Bed #2 | 144.00 |
| | | | | | | | | | Bed #3 | 180.00 |
| | | | | | | | | | Bed #4 | 171.00 |
| | | | | | | | | | | 981.00 |
| 8/18/2003 | 2-02-9156 | 72-3-03 | 310 | C | $ - | $ 418.88 | $ 418.88 | 4G | Bed #3 | 171.00 |
| 8/18/2003 | 1-02-9156 | 101-6-03 | 655 | C | $ - | $ 2,851.44 | $ 2,851.44 | 3G | LR/DR | 432.00 |
| | | | | | | | | | Hall | 171.00 |
| | | | | | | | | | Bed #1 | 225.00 |
| | | | | | | | | | Bed #2 | 180.00 |
| | | | | | | | | | Bed #3 | 171.00 |
| | | | | | | | | | | 1179.00 |
| August Total: | | | | | | $ 5,797.20 | $ 5,797.20 | | | |
| 9/16/2003 | 1-02-9157 | 21-02-03 | 227 | D | $ - | $ 1,161.44 | $ 1,161.44 | 2G | Hall | 135.00 |
| | | | | | | | | | Bed #1 | 189.00 |
| | | | | | | | | | Bed #2 | 162.00 |
| | | | | | | | | | | 486.00 |
| | | | | | | | | | | |
| September Total: | | | | | | $ 1,161.44 | $ 1,161.44 | | | |
| 10/21/2003 | 1-02-9158 | 82-2-03 | 202 | A | $ - | $ 1,079.84 | $ 1,079.84 | 2G | LR/DR | 414.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| October Total: | | | | | | $ 1,079.84 | $ 1,079.84 | | | |
| 11/17/2003 | 1-02-9160 | 96-2-03 | 215 | A | $ - | $ 843.20 | $ 843.20 | 2T | LR/DR | 315.00 |
| November Total: | | | | | | $ 843.20 | $ 843.20 | | | |
| 12/31/2003 | 1-02-9161 | 11-6-04 | 655 | A | $ - | $ 2,357.33 | $ 2,357.33 | 3G | LR/DR | 432.00 |
| | | | | | | | | | Hall | 171.00 |
| | | | | | | | | | Bed #2 | 180.00 |
| | | | | | | | | | Bed #3 | 171.00 |
| | | | | | | | | | | 954.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 12/31/2003 | 1-02-9161POR | 125-4-03 | 450 | C | $ - | $ 1,079.84 | $ 1,079.84 | 2G | LR/DR | 414.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| December Total: | | | | | | $ 3,437.17 | $ 3,437.17 | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 2003 PM Total: | | | | | | $ 15,751.41 | $ 15,751.41 | | | |