ORIGINAL

RECEIVED
THE UNITED STATES COURT
OF FEDERAL CLAIMS
2008 JUL -3 PM 4:41

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
LUK, Inc., Plaintiff

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Joseph A. Boyle, Esq.

Firm Name: Kelley Drye & Warren LLP

08-488 C

Post Office Box:

Street Address: 200 Kimball Drive

City-State-Zip: Parsippany, NJ 07054

Telephone & Facsimile Numbers: (973)503-5900 (973)503-5950

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 8
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R M
See attached sheet for three-digit codes.

Amount Claimed: $ 1,007,073.10
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.