ORIGINAL

FILED
JUL 3 2008
U.S. COURT OF FEDERAL CLAIMS

Joseph A. Boyle
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, NJ 07054
(973) 503-5900
(973) 503-5950 (fax)
Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUK, INC.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA<br>Defendants. | NO. 08-488 C<br><br>**PLAINTIFF LUK, INC.'S RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff LUK, Inc. ("Plaintiff"), hereby certifies that no publicly held corporation owns more than ten percent of its stock.

Dated July 2, 2008

KELLEY DRYE & WARREN LLP

BY: [signature]
Joseph A. Boyle
200 Kimball Drive
Parsippany, NJ 07054
(973) 503-5900
Attorney for Plaintiff
LUK, Inc.