**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LUK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-488C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Defendant, the United States, respectfully requests a 60-day enlargement of time within which to respond to the plaintiff's complaint. The United States' response is currently due on September 2, 2008. The extension would bring the date for responding to the complaint to November 3, 2008. This is the defendant's first request for an enlargement of time for this purpose. Counsel for the plaintiff indicated on August 12, 2008 that the plaintiff is not opposed to this motion.

Defendant has sent to the Army Corps of Engineers a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Additional time is needed for the Army Corps of Engineers to gather and review any information necessary for preparation of the litigation report and suggested response to the complaint because of the demands of the current workload for counsel for the Army Corps of Engineers. Once the information gathering process is complete, the Army Corps of Engineers will require time to prepare and deliver the requested litigation report. Once the litigation report is received, Defendant's counsel will need sufficient time to review the litigation report, obtain any additional information or clarification from the Army Corps of Engineers, and prepare and file the Government's response to the complaint, following supervisory review.

For these reasons, the defendant respectfully requests that the Court grant Defendant's unopposed motion for an enlargement of time of 60 days, to and including November 3, 2008, within which to respond to the plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

/s/ Elizabeth A. Speck
ELIZABETH A. SPECK
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 307-0369
Facsimile: (202) 307-0972

Attorneys for Defendant

August 13, 2008

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on August 13, 2008, a copy of the foregoing “Defendant’s Unopposed Motion for Enlargement of Time” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court’s system.

s/ Elizabeth A. Speck